No. 47910.—Protests 21968–K, etc., of V. W. Davis (Duluth).

Opinion by WALKER, J.   In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) the protests claiming that no addition should have been made for ·planing, tonguing, and/or grooving were sustained.

No. 47911.—Protests 28296–K, etc., of V. W. Davis (Duluth).

Opinion by WALKER, J.   In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) the protests claiming that no addition should have been made for planing, tonguing, and/or grooving were sustained.

No. 47912.—Protests 36799–K, etc., of V. W. Davis (Duluth).

Opinion by WALKER, J.   In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) the protests claiming that no addition should have been made for planing, tonguing, and/or grooving were sustained.

BEFORE THE SECOND DIVISION, JANUARY 14, 1943

No. 47913.—Protest 647306–G of Orchid Importing Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) certain of the harvest hats in question were held dutiable at 25 percent under paragraph 1504 (b) (5) and those imported or withdrawn from warehouse subsequent to the Netherlands Trade Agreement were held dutiable at 12½ percent under paragraph 1504 and said T. D. 48075, as claimed.

No. 47914.—Protests 606735–G, etc., of Feltex Corp. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) certain of the harvest hats in question were held dutiable at 25 percent under paragraph 1504 (b) (5) and those imported or withdrawn from warehouse subsequent to the Netherlands Trade Agreement were held dutiable at 12½ percent under paragraph 1504 and said T. D. 48075, as claimed.